

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave ~~to appear pro hac vice as provided for~~ by Local Rules 83.12 through 83.14.

**08CV192**
**JUDGE KENDALL**
**MAGISTRATE JUDGE ASHMAN**

In the Matter of

U.S. Commodity Futures Trading Commission,
v.
Edward C. Sarvey and David G. Sklena, Defendants; and
Lawrence-Bonfitto Trading Company and Joseph J. Bonfitto,
Relief Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. Commodity Futures Trading Commission, the Plaintiff

J.N

**FILED**
JAN X 9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Scott R. Williamson    (swilliamson@cftc.gov) | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Scott R. Williamson | |
| FIRM<br>U.S. Commodity Futures Trading Commission | |
| STREET ADDRESS<br>525 West Monroe Street, Suite 1100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>Illinois ARDC No. 06191293 | TELEPHONE NUMBER<br>312-596-0560 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |