

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CV192
JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN

In the Matter of

U.S. Commodity Futures Trading Commission,
v.
Edward C. Sarvey and David G. Sklena, Defendants; and
Lawrence-Bonfitto Trading Company and Joseph J. Bonfitto,
Relief Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. Commodity Futures Trading Commission, the Plaintiff

**FILED**
JAN 9, 2008
JAN X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Susan J. Gradman    (sgradman@cftc.gov) | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Susan J. Gradman    *[signature]* | |
| FIRM <br> U.S. Commodity Futures Trading Commission | |
| STREET ADDRESS <br> 525 West Monroe Street, Suite 1100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Illi ARDC 6225060 | TELEPHONE NUMBER <br> 312-596-0523 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |