# United States District Court for the Northern District of Illinois

Case Number: 08cv192              Assigned/Issued By: j. n.

Judge Name: kendall              Designated Magistrate Judge: ashman

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☑ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies  gov't              Date: 1-9-08

(For Use by Fiscal Department Only)

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)
☐ Writ _____
        (Type of Writ)

__4__ Original and __4__ copies on __1-9-08__ as to __all defendants__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05