IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>      v.<br><br>EDWARD C. SARVEY<br>   and<br>DAVID G. SKLENA,<br>                Defendants;<br><br>LAWRENCE-BONFITTO TRADING COMPANY<br>   and<br>JOSEPH J. BONFITTO,<br>                Relief Defendants. | No. 08 CIV _____<br><br>08CV192<br>JUDGE KENDALL<br>MAGISTRATE JUDGE ASHMAN<br><br>FILED<br>JAN X 9 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, plaintiff Commodity Futures Trading Commission ("Commission"), requests that this Court issue an order of preliminary injunction against Edward C. Sarvey ("Sarvey") and David G. Sklena ("Sklena"), enjoining them from committing further violations of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §§ 1, *et seq.* (2002), and Regulations thereunder, 17 C.F.R. §§ 1 *et seq.* (2007), and providing for an order freezing assets and other equitable relief. In support of this motion, Plaintiff submits its Brief in Support of Its Motion for Injunctive And Other Equitable Relief And For Civil Monetary Penalties Under The Commodity Exchange Act, and exhibits thereto.

Defendant Sarvey has engaged in activities which violate Sections 4b(a)(1)(i), (iii), and (iv) of the Act, 7 U.S.C. §§ 6b(a)(1)(i), (iii), and (iv), and Commission Regulation 1.38, 17 C.F.R. § 1.38. Defendant Sklena has engaged in activities which violate Sections 4b(a)(1)(i),

(iii), (iv), and 4c(a) of the Act, 7 U.S.C. §§ 6b(a)(1)(i), (iii), (iv), and 4c(a), and Commission Regulation 1.38, 17 C.F.R. § 1.38. Such violations are likely to continue unless restrained by the Order herein requested. Immediate relief is also appropriate and necessary to prevent the dissipation of assets so as to ensure the plaintiff's ability to obtain full and complete relief upon final adjudication of this action.

WHEREFORE, plaintiff Commission respectfully requests that the Court enter an Order of Preliminary Injunction.

Date: January 9, 2008

Respectfully submitted,

*/s/ Camille M. Arnold*
Camille M. Arnold
Senior Trial Attorney (carnold@cftc.gov)

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Arnold)
(312) 596-0700 (main number)
(312) 596-0714 (facsimile)