IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN X 9 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY<br>and<br>DAVID G. SKLENA,<br>    Defendants;<br><br>LAWRENCE-BONFITTO TRADING COMPANY<br>and<br>JOSEPH J. BONFITTO,<br>    Relief Defendants. | No. 08 CIV.<br><br>08CV192<br>JUDGE KENDALL<br>MAGISTRATE JUDGE ASHMAN |

### PLAINTIFF COMMODITY FUTURES MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Plaintiff Commodity Futures Trading Commission ("Plaintiff" or "CFTC"), by its counsel, respectfully requests that the Court grant Plaintiff leave to file a brief in support of Plaintiff's Motion for Preliminary Injunction in excess of the 15 page limitation set forth in Northern District of Illinois Local Rule 7.1. In support of this motion, Plaintiff states:

1. Plaintiff has filed a Complaint for Injunctive and Other Equitable Relief alleging that Defendants Edward Sarvey and David Sklena committed acts and practices that violate Sections 4ba(2)(i), (iii) and (iv) of the Commodity Exchange Act ("Act"), 7 U.S.C.

§§ 6b(a)(2)(i), (ii) and (iv) (2002) and Commission Regulation 1.38, 17 C.F.R. § 1.38 (2007). Plaintiff's Complaint also charges Defendant Sklena with violating Section 4c(a) of the Act, 7 U.S.C. § 6c(a).

2.   Simultaneous with the Complaint, Plaintiff has filed a Motion for Preliminary Injunction pursuant to Section 6c of the Act, 7 U.S.C. § 13a-1 (2002).

3.   Plaintiff has included a table of contents and authorities as required by Local Rule 7.1. The proposed brief is 28 pages in length, exclusive of the table of contents and authorities.

4.   Because of the nature of the Defendants' conduct as well as the intricacies of the Act and regulator provisions implicated by that conduct, more than 15 pages are required to adequately discuss the matters alleged in the Complaint and raised in the Motion for Preliminary Injunction.

WHEREFORE, plaintiff respectfully requests that the Court enter an order granting the Commission leave to file an oversize brief in support of it Motion for Preliminary Injunction.

Date: January 9, 2008

COMMODITY FUTURES TRADING
COMMISSION
525 West Monroe Street, Suite 1100
Chicago, IL 60661
(312) 596-0700 (main)
(312) 596-0714 (facsimile)

Respectfully submitted,

*Camille M. Arnold*
Camille M. Arnold
Senior Trial Attorney
New York Bar No. 7868
(312) 596-0524
carnold@cftc.gov