IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EDWARD C. SARVEY<br>　and<br>DAVID G. SKLENA,<br>　　　　Defendants;<br><br>LAWRENCE-BONFITTO TRADING COMPANY<br>　and<br>JOSEPH J. BONFITTO,<br>　　　　Relief Defendants. | No. 08 CIV. 1:08-cv-192<br><br>Judge Kendall<br><br>Magistrate Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, January 23, 2008, at 9:00 a.m., or soon thereafter, we shall appear before the Honorable Judge Virginia Kendall in Courtroom 2319 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present the Commodity Futures Trading Commission's Motions for Preliminary Injunction and Leave to File Oversized Brief ("Motions"). Such Motions were duly served upon you on January 10, 2008.

Date: January 15, 2008

/s/ Gradman
Susan Gradman
Trial Team Leader *(sgradman@cftc.gov)*
Illinois ARDC No. 6225060

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0523 (Gradman)
(312) 596-0714 (facsimile)