## CERTIFICATE OF SERVICE

The undersigned, an attorney with the Commodity Futures Trading Commission, certifies that on January 16, 2008, I caused the foregoing,

- *Notice of Motion*

to be electronically filed with the Clerk of the Court using CM/ECF and to be served on the following individuals by first class mail, and federal express mail:

To: Edward Sarvey
1227 Acorn Street
Lemont, Illinois 60439-6429

Lawrence-Bonfitto Trading Company
c/o Joseph J. Bonfitto, as principal
12978 Klappa Drive
Lemont, IL 60439

David Sklena
9237 Keeler Avenue
Skokie, Illinois 60076-1627

Joseph J. Bonfitto
12978 Klappa Drive
Lemont, IL 60439

Respectfully submitted,

**/s/ Gradman**
Susan Gradman
Trial Team Leader *(sgradman@cftc.gov)*
Illinois ARDC No. 622506

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0523 (direct line)
(312) 596-0714 (fax)

3