AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. Commodity Futures Trading Commission,

CASE NUMBER: **08 C 0192**

V.

ASSIGNED JUDGE: **JUDGE KENDALL**

Edward C. Sarvey and David G. Sklena, Defendants; and Lawrence-Bonfitto Trading Company and Joseph J. Bonfitto, Relief Defendants.

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Joseph J. Bonfitto
12978 Klappa Drive
Lemont, IL 60439

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Camille Arnold, Senior Trial Attorney
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: JAN -9 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: JANUARY 9, 2008 |
| NAME OF SERVER (PRINT): MARY E. SPEAR, CFTC | TITLE: SR. FUTURES INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MELISSA BONFITTO (WIFE)

☐ Returned unexecuted: AT 12978 KLAPPA DRIVE LEMONT, IL 60439 (RESIDENCE)

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/9/08

Signature of Server: Mary E. Spear

Address of Server: CFTC/ENFORCEMENT, 525 W. MONROE, SUITE 1100, CHICAGO, IL 60661

Summons; Civil Cover Sheet; Attorney Appearance for Arnold, Gradman, Williamson; Plaintiff Commodity Futures Motion For Leave to File Oversize Brief; Proposed Order; Complaint For Injunctive & Other Equitable Relief & Civil Monetary Penalties Under the CEA; Plaintiff's Motion For PI; Plaintiff CFTC's Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.