IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>        Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY<br>   and<br>DAVID G. SKLENA,<br>        Defendants;<br><br>LAWRENCE-BONFITTO TRADING COMPANY<br>   and<br>JOSEPH J. BONFITTO,<br>        Relief Defendants. | No. 08 CIV. 1:08-cv-192<br><br>Judge Kendall<br><br>Magistrate Ashman |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Friday, January 18, 2008, the Commodity Futures Trading Commission filed electronically with the Clerk of the Court for the Northern District of Illinois, Return of Service of the Summons for Lawrence-Bonfitto Trading Company.

Date: January 18, 2008

Respectfully submitted,

s/ Susan Gradman
Susan Gradman
Trial Attorney (sgradman@cftc.gov)
Illinois ARDC No. 6225060

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0523 (Gradman)
(312) 596-0714 (facsimile)
(312) 596-0714 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing documents:

- Notice of Filing as to Summons Returned Executed

with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on the following individuals by regular first class mail. No appearances have been filed by or on behalf of non-participants in CM/ECF.

## SERVICE LIST

Edward Sarvey
1227 Acorn Street
Lemont, Illinois 60439-6429

Lawrence-Bonfitto Trading Company
c/o Joseph J. Bonfitto, as principal
12978 Klappa Drive
Lemont, IL 60439

David Sklena
9237 Keeler Avenue
Skokie, Illinois 60076-1627

Joseph J. Bonfitto
12978 Klappa Drive
Lemont, IL 60439

Charles J. Risch, Esq.
Laurence Kamin Saunders & Uhlenhop LLC
300 S. Wacker Dr., Ste. 500
Chicago, IL 60606

John D. Ruark, Esq.
Laurence Kamin Saunders & Uhlenhop LLC
300 S. Wacker Dr., Ste. 500
Chicago, IL 60606

s/ Camille M. Arnold
Camille M. Arnold
Senior Trial Attorney (carnold@cftc.gov)
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Diamond)
(312) 596-0714 (facsimile)