IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY<br>   and<br>DAVID G. SKLENA,<br>            Defendants;<br><br>LAWRENCE-BONFITTO TRADING COMPANY<br>   and<br>JOSEPH J. BONFITTO,<br>            Relief Defendants. | No. 08 CIV. 1:08-cv-192<br><br>Judge Kendall<br><br>Magistrate Ashman |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Friday, January 18, 2008, the Commodity Futures Trading Commission filed electronically with the Clerk of the Court for the Northern District of Illinois, Return of Service of the Summons for Joseph Bonfitto.

Date: January 18, 2008                  Respectfully submitted,

                                                  **s/ Susan Gradman**
                                                  Susan Gradman
                                                  Trial Attorney (sgradman@cftc.gov)
                                                  Illinois ARDC No. 6225060

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0523 (Gradman)
(312) 596-0714 (facsimile)
(312) 596-0714 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing documents:

- Notice of Filing as to Summons Returned Executed

with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on the following individuals by regular first class mail. No appearances have been filed by or on behalf of non-participants in CM/ECF.

## SERVICE LIST

| | |
|---|---|
| Edward Sarvey<br>1227 Acorn Street<br>Lemont, Illinois 60439-6429 | Lawrence-Bonfitto Trading Company<br>c/o Joseph J. Bonfitto, as principal<br>12978 Klappa Drive<br>Lemont, IL 60439 |
| David Sklena<br>9237 Keeler Avenue<br>Skokie, Illinois 60076-1627 | Joseph J. Bonfitto<br>12978 Klappa Drive<br>Lemont, IL 60439 |
| Charles J. Risch, Esq.<br>Laurence Kamin Saunders & Uhlenhop LLC<br>300 S. Wacker Dr., Ste. 500<br>Chicago, IL 60606 | John D. Ruark, Esq.<br>Laurence Kamin Saunders & Uhlenhop LLC<br>300 S. Wacker Dr., Ste. 500<br>Chicago, IL 60606 |

**s/ Camille M. Arnold**
Camille M. Arnold
Senior Trial Attorney (carnold@cftc.gov)
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Diamond)
(312) 596-0714 (facsimile)