IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>　　　　Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY<br>　and<br>DAVID G. SKLENA,<br>　　　　Defendants;<br><br>LAWRENCE-BONFITTO TRADING COMPANY<br>　and<br>JOSEPH J. BONFITTO,<br>　　　　Relief Defendants. | No. 1:08-cv-00192<br><br>Judge Virginia M. Kendall<br><br>Magistrate Ashman |

## CERTIFICATE OF SERVICE

I hereby certify that January 18, 2008, I caused to be served the Notification of Docket Entry [DE 11] setting the Initial Status Hearing for 3/10/2008 at 9:00 a.m. on the individuals identified on the Service List via regular U.S. Mail.

### SERVICE LIST

To:　Edward Sarvey
　　　1227 Acorn Street
　　　Lemont, Illinois 60439-6429

　　　Lawrence-Bonfitto Trading Company
　　　c/o Joseph J. Bonfitto, as principal
　　　12978 Klappa Drive
　　　Lemont, IL 60439

　　　David Sklena
　　　9237 Keeler Avenue
　　　Skokie, Illinois 60076-1627

　　　Joseph J. Bonfitto
　　　12978 Klappa Drive
　　　Lemont, IL 60439

Charles J. Risch, Esq  
Laurence Kamin Saunders  
& Uhlenhop LLC  
300 S. Wacker Dr., Ste 500  
Chicago, IL 60606

John D. Ruark, Esq  
Laurence Kamin Saunders  
& Uhlenhop LLC  
300 S. Wacker Dr., Ste 500  
Chicago, IL 60606

**/s/ Susan Gradman**  
Susan Gradman  
Trial Team Leader *(sgradman@cftc.gov)*  
Illinois ARDC No. 622506

Commodity Futures Trading Commission  
525 West Monroe Street, Suite 1100  
Chicago, Illinois 60661  
(312) 596-0523 (direct line)  
(312) 596-0714 (fax)

2