U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 0192 |
|---|---|
| U.S. Commodity Futures Trading Commission, Plaintiff, v. Edward C. Sarvey and David G. Sklena, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS, EDWARD C. SARVEY and DAVID G. SKLENA

| NAME (Type or print) |
|---|
| SCOTT E. EARLY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott E. Early |
| FIRM |
| FOLEY & LARDNER LLP |
| STREET ADDRESS |
| 321 N. CLARK STREET, SUITE 2800 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0706485 | 312/832-4500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐