U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                    Case Number: 08 C 0192

U.S. Commodity Futures Trading Commission,
    Plaintiff,
  v.
Edward C. Sarvey and David G. Sklena,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS, EDWARD C. SARVEY and DAVID G. SKLENA

| |
|---|
| NAME (Type or print) <br> LISA L. THARPE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lisa L. Tharpe |
| FIRM <br> FOLEY & LARDNER LLP |
| STREET ADDRESS <br> 321 N. CLARK STREET, SUITE 2800 |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256765 | TELEPHONE NUMBER <br> 312/832-4500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐