## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

U.S. Commodity Futures Trading Commission

                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00192

                                                           Honorable Virginia M. Kendall

Edward Sarvey, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 24, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Motions hearing held. Motion for preliminary injunction is entered and continued to 2/6/2008 at 9:00 AM. Briefing on the motion for preliminary injunction is stayed until 2/6/2008. A briefing schedule will be set at that time if parties are unable to form a Consent Agreement. Plaintiff's motion to file an oversize brief [8] is granted. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.