## CERTIFICATE OF SERVICE

I, Lisa L. Tharpe, an attorney for Defendant Edward C. Sarvey, hereby certify that on January 29, 2008, I electronically filed **Defendant Edward Sarvey's Answer to Complaint for Injunctive and Other Equitable Relief and Civil Monetary Penalties Under the Commodity Exchange Act** with the Clerk of the Court through the Court's CM/ECF System. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Camille M. Arnold
Scott Robert Williamson
Susan J. Gradman
U.S. Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois  60601
**Plaintiff, U.S. Commodity Futures Trading Commission**

Charles J. Risch
John Scott Monical
John D. Ruark
Mitchell Benjamin Goldberg
Paul Michael Weltlich
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive, Suite 500
Chicago, Illinois  60606
**Defendant, Lawrence-Bonfitto Trading Company**

Charles J. Risch
John Scott Monical
John D. Ruark
Mitchell Benjamin Goldberg
Paul Michael Weltlich
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive, Suite 500
Chicago, Illinois  60606
**Defendant, Joseph F. Bonfitto**

Respectfully submitted,

**DEFENDANT EDWARD C. SARVEY**

By: s/ Lisa L. Tharpe_____
    One Of His Attorneys

Scott E. Early (No. 0706485)
Lisa L. Tharpe (No. 6256765)
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, Illinois  60601
Telephone:  312/832-4500
Facsimile:   312/832-4700