# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

U.S. Commodity Futures Trading Commission

Plaintiff,

v.

Edward Sarvey, et al.

Defendant.

Case No.:
1:08−cv−00192

Honorable Virginia
M. Kendall

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2008:

MINUTE entry before Judge Virginia M. Kendall : Status hearing held. Plaintiff and Defendant Edward Sarvey are drafting a Consent Agreement for the Court's approval. Defendants Lawrence Bonfitto Trading Company and Jospeh F. Bonfitto are given until 2/15/2008 to answer or otherwise respond to the Complaint; Plaintiff's response, if any, due 3/28/2008; reply due 4/18/2008. Further Status hearing set for 2/13/08 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.