# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 192 | **DATE** | 2/15/2008 |
| **CASE TITLE** | U.S. Commodity Futures Trading Commission vs. Sarvey et al | | |

**DOCKET ENTRY TEXT**

Status Hearing held. The Court approves the Consent Order of Preliminary Injunction between Plaintiff and Defendants Sarvey and Sklena. Plaintiff's Motion for Preliminary Injunction [7] is terminated as moot. Enter Consent Order. The case shall proceed as to the remaining Defendants as previously scheduled.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | KW |
|---|---|---|