IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | No. 08 C O192 |
| Plaintiff, | ) ) | Judge Kendall |
| v. | ) ) | Magistrate Judge Ashman |
| EDWARD C. SARVEY and DAVID G. SKLENA, | ) ) ) ) | |
| Defendants, | ) ) | |
| LAWRENCE-BONFITTO TRADING COMPANY, | ) ) | |
| and | ) ) | |
| JOSEPH J. BONFITTO, | ) ) ) | |
| Relief Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, March 27, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Room 2319, and then and there present Defendant David Sklena's Motion for Clarification of Consent Order for Preliminary Injunction and Other Equitable Relief, a copy of which is attached hereto and served upon you.

                              Respectfully submitted,

                              DEFENDANT DAVID G. SKLENA

                              By: s/ Lisa L. Tharpe
                                       One Of His Attorneys

Scott E. Early (No. 0706485)
Lisa L. Tharpe (No. 6256765)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60601
Telephone: 312/832-4500
Facsimile: 312/832-4700

## CERTIFICATE OF SERVICE

I, Lisa L. Tharpe, an attorney for Defendant David G. Sklena, hereby certify that on March 21, 2008, I electronically filed **Defendant David Sklena's Motion for Clarification of Consent Order for Preliminary Injunction and Other Equitable Relief** with the Clerk of the Court through the Court's CM/ECF System. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Camille M. Arnold
Scott Robert Williamson
Susan J. Gradman
U.S. Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois 60601
**Plaintiff, U.S. Commodity Futures Trading Commission**

Charles J. Risch
John Scott Monical
John D. Ruark
Mitchell Benjamin Goldberg
Paul Michael Weltlich
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive, Suite 500
Chicago, Illinois 60606
**Defendant, Lawrence-Bonfitto Trading Company**

Charles J. Risch
John Scott Monical
John D. Ruark
Mitchell Benjamin Goldberg
Paul Michael Weltlich
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive, Suite 500
Chicago, Illinois 60606
**Defendant, Joseph F. Bonfitto**

By: s/ Lisa L. Tharpe
One Of His Attorneys