## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I electronically filed the foregoing documents:

Joint Initial Status Report

with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on the following individuals by regular first class mail. No appearances have been filed by or on behalf of non-participants in CM/ECF.

## SERVICE LIST

Scott Early, Esq.
Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610-4764
*searly@foley.com*

Lisa Tharpe, Esq.
Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610-4764
*ltharpe@foley.com*

Charles Risch
Lawrence, Kamin Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*crisch@lksu.com*

John Ruark
Lawrence, Kamin Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*jruark@lksu.com*

Paul M. Weltlich
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*pweltlich@lksu.com*

John S. Monical
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*jmonical@lksu.com*

Mitchell B. Goldberg
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*mgoldberg.@lksu.com*

<u>s/ Camille M. Arnold</u>
Camille M. Arnold
Senior Trial Attorney (carnold@cftc.gov)
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100

Chicago, Illinois 60661
(312) 596-0524 (Arnold)
(312) 596-0714 (facsimile)