IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | No. 08 C O192 |
| Plaintiff, | ) ) ) | Judge Kendall |
| v. | ) ) | Magistrate Judge Ashman |
| EDWARD C. SARVEY and DAVID G. SKLENA, | ) ) ) ) | |
| Defendants, | ) ) | |
| LAWRENCE-BONFITTO TRADING COMPANY, | ) ) ) | |
| and | ) ) | |
| JOSEPH J. BONFITTO, | ) ) ) | |
| Relief Defendants. | ) | |

EXHIBIT A
TO DEFENDANTS EDWARD SARVEY AND DAVID SKLENA'S
RESPONSE TO RELIEF DEFENDANTS' MOTION TO DISMISS

Respectfully submitted,

DEFENDANT DAVID G. SKLENA

By: s/ Lisa L. Tharpe
One Of His Attorneys

Scott E. Early (No. 0706485)
Lisa L. Tharpe (No. 6256765)
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, Illinois  60601
Telephone:  312/832-4500
Facsimile:   312/832-4700
Dated:   March 26, 2008

<u>Ch3 Floor Practices</u>

333.00:

(a) If a non-clearing member trades in excess of written limits prescribed by the carrying clearing member, and/or if the non-clearing member is alleged to have engaged in reckless and unbusinesslike dealing inconsistent with just and equitable principles of trade, the disposition of any and all funds in the applicable trading accounts(s) may be suspended by the carrying clearing member, or by the Association through the Board of Directors, Executive Committee, Floor Governors Committee or Arbitration Executive Committee pending a determination by the Arbitration Committee regarding the appropriateness of the non-clearing member's conduct.

Any Arbitration Committee decision to release trading account funds to the non-clearing member shall include the payment of interest by the clearing member to the non-clearing member as determined by the Arbitration Committee.

(b) Either the carrying clearing member or the Association may direct that the disposition of trading account funds be suspended pursuant to subparagraph a) of this regulation. However, if such suspension is initiated by the clearing member the suspension will be subject to review within one business day by the Board or one of the Committees designated in paragraph (a). The purpose of this review will be determine if sufficient grounds exist to warrant continuation of the suspension pending a final determination by the Arbitration Committee. Association proceedings in this regard will be conducted in accordance with Regulation 540.60 "Procedures for Member Responsibility Actions". (05/01/94)

**334.00    Trades of Non-Clearing Members** - (See 431.00) (08/01/94)

**335.00    Bids and Offers in Commodities Subject to First Acceptance** - Any offer made on Change to buy or sell any commodity for future delivery is subject to immediate acceptance by any other member. All such offers shall be general offers and shall not be specified for acceptance by particular members. 254 (08/01/94)

**336.00    Bids and Offers in Commodities Subject to Partial Acceptance** - If an offer is made on Change (the Exchange) to buy or sell any specified quantity of any commodity for future delivery, such offer shall be deemed an offer to buy or sell all or any part of such specified quantity and, if not immediately accepted for the entire quantity, it may be accepted for a quantity less than specified. Orders or offers to buy or sell a specified quantity or none shall not be allowed, except as specifically provided in Regulation 331.03. 255 (07/01/00)

**336.01    Guaranteeing Terms of Execution** - Any member or member firm who receives an order to buy or sell a futures contract or option on a futures contract for execution on the Exchange is prohibited from directly or indirectly guaranteeing the execution of the order or any of its terms such as the quantity or price. A member may only report an execution that has occurred as a result of open outcry or has been effected through an Exchange approved automated order entry facility.

This regulation shall not be construed to prevent a member or member firm from assuming or sharing in the losses resulting from an error or mishandling of an order. (08/01/94)

**337.01    Orders Involving Cancellations Accepted on a 'Not Held' Basis** - All orders involving cancellations that reach the Trading Floor 10 minutes or less before the opening or resumption of the market, as applicable and all orders involving cancellations that reach the Trading Floor 10 minutes or less before the close of the market may involve extraordinary problems and hence will be accepted solely at the risk of the customer on a 'not held' basis.

All orders must be received by the floor broker within a reasonable time prior to the opening, the resumption or the close of the market, as applicable. Such other orders not received by the floor broker within a reasonable time prior to the opening, the resumption or the close of the market will be accepted solely at the risk of the customer on a 'not held' basis. 1847 (09/01/98)

**350.00    Trade Checking Penalties** - (See 563.00) (08/01/94)

**350.01    Failure to Check Trades** - If any member, firm or corporation is unable with diligent

323

## CERTIFICATE OF SERVICE

I, Lisa L. Tharpe, an attorney for Defendants David G. Sklena and Edward C. Sarvey, hereby certify that on March 26, 2008, I electronically filed **Exhibit A to Defendants Edward Sarvey and David Sklena's Response to Relief Defendants' Motion to Dismiss** with the Clerk of the Court through the Court's CM/ECF System. Notice of this filing will be sent to the following by operation of the Court's electronic filing system:

Camille M. Arnold
Scott Robert Williamson
Susan J. Gradman
U.S. Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois  60601
**Plaintiff, U.S. Commodity Futures Trading Commission**

Charles J. Risch
John Scott Monical
John D. Ruark
Mitchell Benjamin Goldberg
Paul Michael Weltlich
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive, Suite 500
Chicago, Illinois  60606
**Defendant, Lawrence-Bonfitto Trading Company**

Charles J. Risch
John Scott Monical
John D. Ruark
Mitchell Benjamin Goldberg
Paul Michael Weltlich
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive, Suite 500
Chicago, Illinois  60606
**Defendant, Joseph F. Bonfitto**

By: <u>s/ Lisa L. Tharpe</u>
    One Of His Attorneys