## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

U.S. Commodity Futures Trading Commission

                           Plaintiff,

v.                                                     Case No.: 1:08−cv−00192

                                                    Honorable Virginia M. Kendall

Lawrence−Bonfitto Trading Company, et al.

                                         Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Motion hearing held. Defendant's Motion for Clarification of Consent Order [43] is denied for reasons stated in open court. Fact discovery ordered closed 9/26/2008. Expert discovery ordered closed 11/7/2008. Dispositive motions with supporting memoranda due 12/5/2008; responses due 1/16/2009; replies due 1/30/2009. Jury trial set for 4/13/2009 at 9:15 AM. Status hearing set for 9/29/08 at 9:00 AM. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.