IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EDWARD C. SARVEY<br>　and<br>DAVID G. SKLENA,<br>　　　　　Defendants;<br><br>LAWRENCE-BONFITTO TRADING COMPANY<br>　and<br>JOSEPH J. BONFITTO,<br>　　　　　Relief Defendants. | No. 08 CIV. 1:08-cv-192<br><br>Judge Kendall<br><br>Magistrate Ashman |

### Notice of Filing

PLEASE TAKE NOTICE that on Friday, March 28, 2008, the Commodity Futures Trading Commission filed electronically with the Clerk of the Court for the Northern District of Illinois, **Plaintiff's Commodity Futures Trading Commission's Response Opposing Relief Defendants Lawrence Bonfitto Trading Company and Joseph J. Bonfitto's Motion To Dismiss.**

Date: March 28, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Camille M. Arnold
　　　　　　　　　　　　　　　　　　　　Camille M. Arnold
　　　　　　　　　　　　　　　　　　　　Senior Trial Attorney (carnold@cftc.gov)
　　　　　　　　　　　　　　　　　　　　Commodity Futures Trading Commission
　　　　　　　　　　　　　　　　　　　　525 West Monroe Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60661
　　　　　　　　　　　　　　　　　　　　(312) 596-0524 (Arnold)
　　　　　　　　　　　　　　　　　　　　(312) 596-0714 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney with the Commodity Futures Trading Commission, certifies that on March 28, 2008, I caused the foregoing,

- *Notice of Filing*

- *Plaintiff's Commodity Futures Trading Commission's Response Opposing Relief Defendants Lawrence Bonfitto Trading Company and Joseph J. Bonfitto's Motion To Dismiss*

to be electronically filed with the Clerk of the Court using CM/ECF and to be served on the following individuals by Electronic means and/or ECF notification.

## SERVICE LIST

Scott Early, Esq.
Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610-4764
*searly@foley.com*

Lisa Tharpe, Esq.
Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610-4764
*ltharpe@foley.com*

Charles Risch
Lawrence, Kamin Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*crisch@lksu.com*

Paul M. Weltlich
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*pweltlich@lksu.com*

John S. Monical
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*jmonical@lksu.com*

Mitchell B. Goldberg
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*mgoldberg.@lksu.com*

John Ruark
Lawrence, Kamin Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, Illinois 60606
*jruark@lksu.com*

                                                  Respectfully submitted,

                                                  **s/ Camille M. Arnold**
Camille M. Arnold
Senior Trial Attorney
(carnold@cftc.gov)
Commodity Futures Trading
Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Arnold)
(312) 596-0714 (facsimile)