IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) | No. 08 CIV 0192 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Virginia M. Kendall |
| EDWARD C. SARVEY and DAVID G. SKLENA, | ) ) ) | |
| Defendants; | ) ) | |
| LAWRENCE-BONFITTO TRADING COMPANY and JOSEPH J. BONFITTO, | ) ) ) ) | |
| Relief Defendants. | ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Relief Defendants, Lawrence-Bonfitto Trading Company and Joseph J. Bonfitto (collectively, "Relief Defendants"), by their undersigned attorneys, and in agreement with the parties hereto, hereby move this Court for a one week extension of time in which to file their reply brief in support of their Motion to Dismiss the Complaint of the U.S. Commodity Futures Trading Commission ("CFTC" or "Plaintiff").  In support hereof, Relief Defendants state as follows:

1.   On February 6, 2008, this Court entered an Order requiring Relief Defendants to answer or otherwise respond to the Complaint by February 15, 2008.  Plaintiff's response, if any, was due March 28, 2008, and Relief Defendants' reply is due April 18, 2008.

2.   On February 15, 2008, Relief Defendants filed their Motion to Dismiss and Supporting Memorandum.

3. On March 28, 2008, Plaintiff filed its Response in opposition to the Motion to Dismiss.

4. A reply brief is now due from Relief Defendants on April 18, 2008.

5. Due to Relief Defendants' counsels unexpected involvement in other unexpected personal and business matters, Relief Defendants respectfully request a one week extension, up to and including April 25, 2008, in which to file their Reply brief.

6. Counsel for the remaining parties have been informed of this Motion and have agreed to the relief requested herein.

7. This is the first such request for such an extension of time filed by Relief Defendants.

WHEREFORE, Relief Defendants Bonfitto Trading and Joseph J. Bonfitto respectfully request that this Court enter an order granting them a one week extension, up to and including April 25, 2008, in which to file their Reply brief in support of their motion to dismiss the Complaint.

Dated:   April 14, 2008

                                                                                 Respectfully submitted,

**LAWRENCE-BONFITTO TRADING COMPANY AND JOSEPH J. BONFITTO**

By:      s/ Charles J. Risch
       One of their attorneys

Charles J. Risch, Esq.
LAWRENCE, KAMIN, SAUNDERS
   &UHLENHOP, L.L.C.
300 South Wacker Drive
Suite 500
Chicago, Illinois  60606
(312)-372-1947

2

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF to be served upon the following:

**To:**  Camille M. Arnold  
     Scott Robert Williamson  
     Susan J. Gradman  
     U.S. Commodity Futures Trading  
        Commission  
     525 West Monroe Street  
     Suite 1100  
     Chicago, IL 60601

Scott E. Early  
Lisa L. Tharpe  
Foley & Lardner LLP  
321 North Clark Street  
Suite 2800  
Chicago, IL 60601

via electronic filing on April 14, 2008.

                                                        s/Charles J. Risch

Charles J. Risch, Esq. (6183465)  
LAWRENCE, KAMIN, SAUNDERS  
  & UHLENHOP, L.L.C.  
300 South Wacker Drive  
Suite 500  
Chicago, IL 60606  
(312) 372-1947