IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) | No. 08 CIV 0192 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| EDWARD C. SARVEY | ) | |
| and | ) | Magistrate Judge Ashman |
| DAVID G. SKLENA, | ) | |
| Defendants; | ) | |
| | ) | |
| LAWRENCE-BONFITTO TRADING COMPANY | ) ) | |
| and | ) | |
| JOSEPH J. BONFITTO, | ) | |
| Relief Defendants. | ) | |

## NOTICE OF AGREED MOTION

**To:** Camille M. Arnold
Scott Robert Williamson
Susan J. Gradman
U.S. Commodity Futures Trading
    Commission
525 West Monroe Street
Suite 1100
Chicago, IL 60601

Scott E. Early
Lisa L. Tharpe
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60601

Please take notice that on the 17th day of April, 2008, at 9:00 a.m. or as soon thereafter as the motion may be heard, I shall appear before the Honorable Virginia M. Kendall or any judge sitting in her place or stead, in courtroom 2319 in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Relief Defendants' Agreed Motion for Extension of Time to File Reply Brief, a copy of which is attached hereto and served upon you via electronic filing.

Dated:   April 14, 2008

LAWRENCE-BONFITTO TRADING
COMPANY and JOSEPH J. BONFITTO


BY: ___s/Charles J. Risch_____
             One of their attorneys

Charles J. Risch, Esq. (6183465)
LAWRENCE, KAMIN, SAUNDERS
  & UHLENHOP, L.L.C.
300 South Wacker Drive
Suite 500
Chicago, IL 60606
(312) 372-1947