# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

U.S. Commodity Futures Trading
Commission

                                    Plaintiff,

v.                                          Case No.: 1:08−cv−00192
                                                   Honorable Virginia M. Kendall

Lawrence−Bonfitto Trading Company, et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to Memorandum Opinion and Order entered this day, Bonifitto defendants' motion to dismiss [39] is granted. Plaintiff is given to August 1, 2008 to file an amended complaint.Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.