IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY and DAVID G. SKELENA,<br><br>Defendants,<br><br>LAWRENCE-BONFITTO TRADING COMPANY, and JOSEPH J. BONFITTO,<br><br>Relief Defendants,<br><br>SUSAN SARVEY,<br><br>Movant-Intervenor | Case No. 08 C 0192<br><br>Judge Kendall<br><br>Magistrate Judge Ashman |

## AMENDED NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

  PLEASE TAKE NOTICE that on Tuesday, August 12, 2008, at 9:00 a.m. (as opposed to Monday, August 11, 2008), or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia Kendall, or such other judge as may be sitting in her stead, in Courtroom 2319 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present **Susan Sarvey's Motion for Leave to Intervene for the Limited Purpose of Clarifying the Consent Order for Preliminary Injunction**, a copy of which is hereby served upon you.

Dated: August 6, 2008       SUSAN SARVEY

           BY: /s/ Richard A. Del Giudice
              One of her Attorneys

Richard A. Del Giudice (ARDC #6190103)
John K. Burnett III (ARDC # 6285845)
**GOZDECKI & DEL GIUDICE, LLP**
221 North LaSalle Street, Suite 2200
Chicago, IL  60601
312.782.5010 (tel.)
312.782.4324 (fax)
ATTORNEYS FOR SUSAN SARVEY

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 6, 2008, a copy of Susan Sarvey's Amended Notice of Motion for Leave to Intervene for the Limited Purpose of Clarifying the Consent Order for Preliminary Injunction was caused to be served on the individuals listed on the attached Service List via the Court's electronic filing system.

/s/Richard A. Del Giudice

# SERVICE LIST

**Camille M. Arnold**
**Susan J. Gradman**
**Scott Robert Williamson**
U.S. Commodity Futures Trading
Commission
525 West Monroe Street
Suite 1100
Chicago, IL 60601
(312) 596-0535


**Mitchell Benjamin Goldberg**
300 South Wacker Drive
Suite 500
Chicago, IL 60606
(312) 372-1947


**John Scott Monical**
**Charles J. Risch**
**John D. Ruark**
**Paul Michael Weltlich**
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive
Suite 500
Chicago, IL 60606
(312) 372-1947


**Lisa L. Tharpe**
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312)832-4500