IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY and<br>DAVID G. SKELENA,<br><br>Defendants,<br><br>LAWRENCE-BONFITTO TRADING COMPANY, and<br>JOSEPH J. BONFITTO,<br><br>Relief Defendants,<br><br>SUSAN SARVEY,<br><br>Movant-Intervenor | Case No.  08 C 0192<br><br>Judge Kendall<br><br>Magistrate Judge Ashman |

## SECOND AMENDED NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m. (as opposed to August 12, 2008), or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia Kendall, or such other judge as may be sitting in her stead, in Courtroom 2319 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present **Susan Sarvey's Motion for Leave to Intervene for the Limited Purpose of Clarifying the Consent Order for Preliminary Injunction**, a copy of which is hereby served upon you.

Dated:  August 12, 2008          SUSAN SARVEY

                            BY:    /s/ John K. Burnett, III
                                       One of her Attorneys

Richard A. Del Giudice (ARDC #6190103)
John K. Burnett, III (ARDC # 6285845)
**GOZDECKI & DEL GIUDICE, LLP**
221 North LaSalle Street, Suite 2200
Chicago, IL  60601
312.782.5010 (tel.)
312.782.4324 (fax)
ATTORNEYS FOR SUSAN SARVEY

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 12, 2008, a copy of Susan Sarvey's Second Amended Notice of Motion for Leave to Intervene for the Limited Purpose of Clarifying the Consent Order for Preliminary Injunction was caused to be served on the individuals listed on the attached Service List via the Court's electronic filing system.

/s/John K. Burnett, III

# SERVICE LIST

**Camille M. Arnold**
**Susan J. Gradman**
**Scott Robert Williamson**
U.S. Commodity Futures Trading Commission
525 W. Monroe St., Suite 1100
Chicago, IL 60601
(312) 596-0535


**Mitchell Benjamin Goldberg**
300 South Wacker Drive
Suite 500
Chicago, IL 60606
(312) 372-1947


**John Scott Monical**
**Charles J. Risch**
**John D. Ruark**
**Paul Michael Weltlich**
Lawrence, Kamin, Saunders & Uhlenhop
300 S. Wacker Drive
Suite 500
Chicago, IL 60606
(312) 372-1947


**Lisa L. Tharpe**
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610
(312)832-4500