## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

U.S. Commodity Futures Trading
Commission

                            Plaintiff,

v.                                                    Case No.: 1:08−cv−00192
                                                   Honorable Virginia M. Kendall

Lawrence−Bonfitto Trading Company, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendants Edward Sarvey and David Sklena fail to appear.Motion hearing held. Susan Sarvey's motion for leave to intervene for limited purpose is granted. Susan Sarvey's motion to clarify[60] is taken under advisement. Response is to be filed by 10/17/2008. Reply is due by 10/31/2008. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.