IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>　　　　　Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY<br>　and<br>DAVID G. SKLENA,<br>　　　　　Defendants. | No. 08 CIV. 192<br><br>District Judge Kendall<br><br>Magistrate Ashman |

**MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND
FOR ADJOURNMENT OF POST-DISCOVERY DATES
(AGREED TO BY THE PARTIES)**

Pursuant to Federal Rule of Civil Procedure ("F.R.Civ.P.") 7(b) Plaintiff Commodity Futures Trading Commission, by and through the undersigned counsel, hereby requests 1) a 60 day extension of discovery in this matter, and 2) an adjournment of post-discovery dates until such time as a status may be set upon hearing of this motion.[1] In support of this motion, Plaintiff states:

A.  **EXTENSION OF DISCOVERY DATES**

　　1.　　Pursuant to the Court's Minute Order of March 27, 2008, the discovery deadline in this case is September 26, 2008. Thereafter, pursuant to the Minute Order, the Court set forth

---

[1] This motion does not affect the separate schedule set forth for addressing the Motion for Clarification of the Consent Order of Preliminary Injunction ("Motion for Clarification of consent Order") filed by Susan Sarvey.

a post-discovery schedule, including dates for declaration of expert testimony, filing dispositive motions and responses, as well as a trial date.

2. By this motion, Plaintiff requests only a 60 day extension of the discovery period, which would bring the discovery deadline to November 25, 2008.

3. Since the entry of the September 26, 2008 original discovery deadline, several intervening factors have caused Plaintiff to request this brief extension.

4. On August 5, 2008, during the original discovery period, Susan Sarvey filed a Motion to Intervene in this matter and a Motion for Clarification of the Consent Order entered in this matter. The Motion to Intervene was granted and the Commission's response to the Motion for Clarification of the Consent Order is due October 17, 2008. Ms. Sarvey's Motion for Clarification of the Consent Order essentially seeks to clarify the freezing of substantial assets – approximately $2,000,000 - at issue in this litigation. Plaintiff necessarily had to expend considerable time and resources to address this matter, including additional document requests, review and analysis of document production, and the taking of testimony.

5. Further, Plaintiff received Defendants Edward Sarvey and David Sklena's Federal Rule of Civil Procedure Rule 26 (a)(1) production on June 27, 2008, which was only a few weeks before the filing of Susan Sarvey's Motion to Intervene and Motion for Clarification of the Consent Order. Defendants have designated nineteen persons (in addition to Defendants Edward Sarvey and David Sklena) as likely to have discoverable information. Plaintiff may need to take the testimony of at least some of these witnesses.

6. Given these developments - the filing of the Motion to Intervene and Motion for Clarification of the Consent Order filed during original discovery period and the receipt of

Defendants' discovery list only a few weeks before the Motion to Intervene - a 60 day extension to compete discovery in this matter is not unreasonable.

7. Plaintiff has not previously requested an extension of time for discovery.

## B. ADJOURNMENT OF POST-DISCOVERY DATES

8. Plaintiff also requests an adjournment of the post-discovery dates until such time as a status may be set upon hearing of this motion.

9. In March 2008, Plaintiff's counsel became severely ill and was admitted to the emergency room at a Chicago area hospital.

10. In April 2008, Plaintiff's counsel's doctors advised her that surgery was the best solution to her condition. Plaintiff's counsel was then put on a course of therapy in preparation for the surgery. The pre-operation therapy is scheduled to conclude in December, and the surgery will be scheduled shortly thereafter. Following the surgery, Plaintiff's counsel will require a two-month recovery period. Thereafter, Plaintiff's counsel will be restricted to light duty for several more weeks in order to fully recover. For example, Plaintiff's counsel will be restricted from engaging in strenuous activity such as lifting heavy objects over ten pounds, extensive walking, and pushing or pulling heavy doors etc.

11. Plaintiff has spoken to Defense counsel for Susan Sarvey, who has no objection to this Motion. Plaintiff has also spoken to Defense counsel for Edward Sarvey and David Sklena, who also has no objection to this motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed motion for a 60 day extension of discovery in this matter and for an adjournment of post-discovery dates until such time as a status may be set upon hearing of this motion.

Dated: September 12, 2008

Respectfully submitted,

*/s/ Camille M. Arnold*
Camille M. Arnold

One of the Attorneys for Plaintiff
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0524
(312) 596-0714 (facsimile)