IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>EDWARD C. SARVEY<br> and<br>DAVID G. SKLENA,<br>    Defendants. | No. 08 CIV. 192<br><br>District Judge Kendall<br><br>Magistrate Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, September 17th at 9:00 a.m., or as soon thereafter as counsel may be heard, plaintiff shall appear before the Honorable Judge Virginia Kendall, in Courtroom 2309 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present Plaintiff's Motion For Extension of Time to Complete Discovery and For Adjournment of Post-Discovery Dates.

Dated: September 12, 2008

                Camille M. Arnold

                One of the Attorneys for Plaintiff
                Commodity Futures Trading Commission
                525 West Monroe Street, Suite 1100
                Chicago, Illinois 60661
                (312) 596-0524
                (312) 596-0714 (facsimile)