## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, I electronically filed the foregoing documents:

- **NOTICE OF MOTION**

- **MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FOR ADJOURNMENT OF POST-DISCOVERY DATES (AGREED TO BY THE PARTIES)**

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF. No appearances have been filed by or on behalf of non-participants in CM/ECF.

## SERVICE LIST

Scott Early, Esq.
Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610-4764
*searly@foley.com*

Richard Del Giudice
John K. Burnett III
Gozdecki & Del Giudice, LLP
221 North LaSalle Street
Chicago, IL 60601
*r.delgiudice@gozdel.com*
*j.burnett@gozdel.com*

Lisa Tharpe, Esq.
Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610-4764
*ltharpe@foley.com*

**s/ Camille M. Arnold**
Camille M. Arnold
Senior Trial Attorney (carnold@cftc.gov)
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0524 (Arnold)
(312) 596-0714 (facsimile)